IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) CR. __1:06CR87-CSC__ | 2006 MAR 31  P 4: 41 |
| | ) [18 USC 13; Code of Ala. | |
| V. | ) 32-5A-190;32-5A-191(a)(1)(2); | DEBRA P. HACKETT, CLK |
| | ) Code of Ala. 28-1-5] | U.S. DISTRICT COURT |
| KEISHA L. MCKNIGHT | ) | MIDDLE DISTRICT ALA |
| | ) INFORMATION | |

The United States Attorney charges:

### COUNT I

On or about the 5th of August 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, KEISHA L. MCKNIGHT did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in her blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

### COUNT II

On or about the 5th of August 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, KEISHA L. MCKNIGHT, an individual under the age of 21, did unlawfully possess and consume alcoholic beverages, in violation of Title 28-1-5, Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


*Kent Brunson*
KENT B. BRUNSON
ASSISTANT UNITED STATES ATTORNEY


*Ashlea T. Holt*
ASHLEA T. HOLT
SC BAR NO. 70462
SPECIAL ASSISTANT U.S. ATTORNEY
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama  36362-5000
(334) 255-2265

STATE OF ALABAMA         )    AFFIDAVIT
                         )
DALE COUNTY              )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 2:20 P.M., October 10, 2005, a white Mitsubishi was observed skidding up to the Ozark Entrance Gate. The driver identified as 20 yr. old Keisha L. McKnight was detained at the Ozark Gate until the Military Police arrived. Ms. McKnight was observed slurring her words. Ms. Mcknight was administered a field sobriety test which she failed. Ms. McKnight was transported to the Military Police Station where she was advised of the Alabama Implied Consent Law and requested to submit to a breathalyzer test, which resulted in a .14% B.A.C. In my opinion as a law enforcement officer, Ms. McKnight was under the influence of alcohol. Ms. McKnight was then charged with DUI and underage consumption of an alcoholic beverage.

_____
THOMAS L. COON, SSG, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __25__ day of __January__ 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006