IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF<br><br>vs.<br><br>KEISHA L. McKNIGHT,<br>    DEFENDANT | )<br>)<br>)<br>) CASE NO: 1:06CR87-CSC<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

**COMES NOW** William B. Matthews, Jr. who hereby enters his appearance on behalf of the Defendant, Keisha L. McKnight, in the above styled case.

**DONE** this the 10th day of May, 2006.

*/s/ William B. Matthews, Jr.*
William B. Matthews, Jr.(MAT016)
Attorney at Law
P. O. Box 1145
Ozark, AL   36361
(334) 774-8804