**COURTROOM DEPUTY MINUTES**  **DATE:** MAY 16, 2006   **Time:** 10:14 - 10:19
**MIDDLE DISTRICT OF ALABAMA**

**TAPE NO:** 3051-CSC @ 356 to 516

- ✓ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ **ARRAIGNMENT**
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE:** _CHARLES S. COODY_   **DEPUTY CLERK:** _WANDA STINSON_

**CASE NO.** _1:06CR87-CSC_   **NAME:** _KEISHA L. MCKNIGHT_

**AUSA:** _CAPT. ASHLEA HOLT_   **DEFT. ATTY:** _WILLIAM B. MATTHEWS, JR_

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

**USPO:** _BOB PITCHER_

Defendant ____ does ✓ does NOT need an interpreter. Interpreter NAME:_____

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ✓ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel   ☐ ORAL MOTION |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORDER appointing Community Defender Organization |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ✓ karr. | **ARRAIGNMENT** ✓ HELD. Plea of **NOT GUILTY** entered. |
| | ✓ Non - Trial Set for _7/11/06_   ☐ PRETRIAL CONF. DATE: _____ |
| | ☐ DISCOVERY DISCLOSURES DATE: _____ |
| | ✓ Request Non-Jury Trial. |
| | ☐ GUILTY PLEA entered. |
| ✓ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel. |

* Deft waives right to trial by jury and request a non-jury trial.
  Deft released on summons issued and on her own recognizance until further notice from the court.