IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF | )<br>)<br>) |
| vs. | ) CASE NO: 1:06CR87-CSC<br>) |
| KEISHA L. McKNIGHT,<br>DEFENDANT | )<br>) |

### NOTICE TO CHANGE PLEA

**COMES NOW** the defendant, Keisha L. McKnight, by and through her undersigned attorney, William B. Matthews, Jr. and moves this Honorable Court for the defendant to enter a plea of guilty on July 11th, 2006 at 10:00 a.m. in the above styled case.

**DONE** this the 28th day of June, 2006.

William B. Matthews, Jr.(MAT016)
Attorney at Law
P. O. Box 1145
Ozark, AL  36361
(334) 774-8804