IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        1:06-CR-000087-DRB
                                    )
KEISHA L. McKNIGHT                  )

## ORDER

Pursuant to Defendant's *Notice to Change Plea* (Doc. 9, filed June 29, 2006), it is

**ORDERED** that this case is hereby set for a change of plea hearing at **10:00 a.m.** on July 11, 2006, before the undersigned in the Magistrate Judge Courtroom at Fort Rucker, Alabama.

Done this 30th day of June, 2006.

/s/ Delores R. Boyd
DELORES R.  BOYD
UNITED STATES MAGISTRATE JUDGE