COURTROOM DEPUTY'S MINUTES  DATE: 7/11/2006
MIDDLE DISTRICT OF ALABAMA   DIGITAL RECORDING: 1820—2090
COURT REPORTER:

☐ ARRAIGNMENT  ☑ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sql
CASE NUMBER: 1:06CR87-DRB  DEFENDANT NAME: Keisha L. MCKNIGHT
AUSA: Holt  DEFENDANT ATTORNEY: Will Matthews
Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Pitcher
Interpreter present? (✓)NO; ( )YES  Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☐ Not Guilty
        ☑ Guilty as to:
            ☑ Count(s): 1
            ☑ Count(s): 2   ☑ dismissed on oral motion of USA
                            ☑ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
         ☑ DISCOVERY DISCLOSURE DATE:
☑ ORDER: Defendant continued under _____ bond; ☐ summons; for:
    ☐ Trial on _____; ☑ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U.S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel