COURTROOM DEPUTY'S MINUTES     DATE: 9/27/2006
MIDDLE DISTRICT OF ALABAMA     DIGITAL RECORDING: 10:30 — 10:40 am
                               COURT REPORTER:

☐ ARRAIGNMENT         ☐ CHANGE OF PLEA         ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☑ SENTENCING

---

PRESIDING MAG. JUDGE: DRB           DEPUTY CLERK: S. Q. Long, Jr., Clerk
CASE NUMBER: 1:06CR87-DRB           DEFENDANT NAME: Keisha L. MCKNIGHT
AUSA: Golden                         DEFENDANT ATTORNEY: Will Matthews
                                     Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                                     ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Pitcher/Johns/Brockett
Interpreter present? (✓)NO; ( )YES   Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☐ Not Guilty
         ☐ Guilty as to:
              ☐ Count(s):
              ☐ Count(s):                  ☐ dismissed on oral motion of USA
                                           ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:              ☐ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel