IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06-087-TFM |
| | ) | |
| KEISHA L. McKNIGHT | ) | |

**<u>ORDER</u>**

Pursuant to Fed. R. Crim. P. 32.1, Keisha McKnight, an offender under supervision, made an initial appearance on the <u>Petition For Revocation of Probation</u> filed July 3, 2007 (Doc. 17). Upon the advice of duly appointed counsel, the defendant elected to exercise her right to a preliminary hearing. On August 3, 2007, the Court conducted a preliminary hearing. Accordingly, the court finds probable cause to believe McKnight unlawfully used a controlled substance as set forth in Violation 1. The Court finds probable cause to believe McKnight failed to pay her fine as set forth in violation 2. The Court finds probable cause to believe McKnight failed to answer truthfully inquiries by the probation officer and failed to follow the instructions of the probation officer as set forth in Violation 3. The Court finds McKnight failed to tell the probation officer her new address and absconded from supervision as set forth in Violation 4. The Court finds the violations and the circumstances surrounding the violations indicate the release of McKnight pending a final hearing poses a clear and convincing danger to the community and a risk of flight.

It is therefore **ORDERED** that McKnight appear before the undersigned for a Rule 32.1(b)(2) hearing on the probation officer's recommendation that the defendant's probation be revoked. **Pending the hearing, the Defendant shall be remanded to the custody of**

**the United States Marshal.**  The United States Marshal shall produce McKnight for the hearing in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama on August 20, 2007, at 10:00 a.m.

DONE THIS 3rd day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE