IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:06cr87-TFM |
| | ) | |
| KEISHA MCKNIGHT | ) | |

**EMERGENCY REQUEST FOR MODIFICATION OF JUDGMENT AND SENTENCE**

Comes now, Keisha McKnight, by and through undersigned counsel, Kevin L. Butler, and submits this Emergency Request for Modification of Judgement and Sentence.

1. On August 20, 2007, the Honorable Terry Moorer, revoked Ms. McKnight's probation and sentenced her to 27 days in federal custody. Her term in custody is to be followed by one year supervised release with a special condition that she participate in the Fellowship House program.

2. Ms. McKnight was further ordered released to the Federal Defender office for transportation to the Fellowship House.

3. On Wednesday, August 22, 2007, the date of Ms. McKnight's scheduled release, undersigned counsel was informed that Ms. McKnight could not be placed in the Fellowship House until Monday, August 27, 2007.

4. Undersigned counsel has obtained placement for Ms. McKnight at the Bannum Place located in Montgomery, Alabama between August 22, 2007, and August 27, 2007. This is a restrictive facility that will also monitor any potential drug use.

5. For these reasons, undersigned counsel would ask that the judgment and sentence be modified as follows:

a) Upon release from custody Ms. McKnight shall reside at the Barnum Place between August 22 and August 27, 2007.

b) That Ms. Mcknight shall be released from the Bannum Place to undersigned counsel or his agent, Rena Ross, for transportation to the Fellowship House.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 1:06cr87-TFM** |
| | ) | |
| **KEISHA MCKNIGHT** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Golden.

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138