IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 1:06CR87-TFM |
| KEISHA MCKNIGHT | ) | |

**ORDER**

For good cause,

It is ORDERED that the Emergency Request For Modification of Judgment and Sentence (filed by the defendant 8/22/2007 Doc#30), be **GRANTED**.

DONE, this 23rd day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE