# United States District Court

for

# Middle District of Alabama

**RECEIVED**

2007 SEP 11  P 1: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: KEISHA L. MCKNIGHT          Case Number: 1:06CR00087-TFM

Name of Sentencing Judicial Officer:   Honorable Terry F. Moorer, U.S. Magistrate Judge

Date of Original Sentence: September 27, 2006; Term of Probation revoked on August 20, 2007

Original Offense: Driving Under the Influence of Alcohol, 18 USC §13, a Class A Misdemeanor

Original Sentence: 12 months probation; Revocation sentence: 27 days custody followed by a one (1) year term of supervised release

Type of Supervision: Supervised release          Date Supervision Commenced: August 22, 2007

Assistant U.S. Attorney: Kent Brunson          Defense Attorney: Kevin Butler

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                              Nature of Noncompliance

1.   **Violation of special condition of supervised release which states, "The defendant shall participate in the Fellowship House Program and follow all rules and regulations of the facility. The defendant shall remain at the Fellowship House until such time as she is released by the director of such facility. Representatives of the Federal Defenders are directed to transport defendant to the Fellowship House."**

   On August 28, 2007, McKnight entered the Fellowship House program. McKnight left the Fellowship House on September 3, 2007, without notifying staff or being discharged by the director. McKnight's location is presently unknown to the probation officer.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
     [X]   revoked.
     [ ]   extended one year

[ ]   The conditions of supervision should be modified as follows:

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on   September 10, 2007

        _____
        Louis D. Johns, Jr.
        U.S. Probation Officer

Reviewed and approved: _____
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

===

THE COURT ORDERS:

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   No Action
[ ]   Other

        _____
        United States Magistrate Judge

        _____
        Date