IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06-cr-087-TFM |
| | ) | |
| **KEISHA L. MCKINGHT** | ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of Defendant, **KEISHA L. MCKINGHT,** in the above-styled case.

    Dated this 15th day of October 2007.

                                Respectfully submitted,

                                s/ Michael J. Petersen
                                MICHAEL J. PETERSEN
                                Assistant Federal Defender
                                201 Monroe Street, Suite 407
                                Montgomery, Alabama 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                E-mail: michael_petersen@fd.org
                                ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 1:06-cr-087-TFM** |
| | ) | |
| **KEISHA L. MCKINGHT** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M