AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: KEISHA L. MCKNIGHT
CASE NUMBER: 1:06CR87-TFM

RECEIVED
2008 FEB 11 P 12: 25

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Nine (9) months.

It is ORDERED that the term of supervised release imposed on 8/20/2007, is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on 1/4/08 to FCC Coleman Camp
a Coleman, FL with a certified copy of this judgment.

RETURNED AND FILED
FEB 20 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Mary M Mitchell, Warden
~~UNITED STATES MARSHAL~~

By Jan Edge ISO
~~DEPUTY UNITED STATES MARSHAL~~